# Order

Michigan Supreme Court
Lansing, Michigan

September 4, 2012

Robert P. Young, Jr.,
Chief Justice

145030

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

TERRY WILSON,
        Plaintiff-Appellant,

v

CRIME VICTIM SERVICES COMMISSION,
        Defendant-Appellee.

SC: 145030
COA: 305590
CVSC: 10-001359

_____/

      On order of the Court, the application for leave to appeal the March 23, 2012 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 4, 2012

_____
Clerk

h0827